WILLIAM J. GENEGO (CSB No. 103224)
Nasatir, Hirsch, Podberesky & Genego
2115 Main Street
Santa Monica, California 90405
Telephone:   310-399-3259
Telecopier:  310-392-8260

Counsel for Defendant
ROBERT S. GORDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT S. GORDON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CR 01-20077-JF(PVT) <br><br> **Stipulation To Order Vacating Conditions Set By "Order Concerning Financial Conditions of Release" Filed June 27, 2002, And Authorizing Disbursement of Funds From Smith Barney Account** <br> [Proposed] Order |

Defendant Robert S. Gordon, by counsel, and Plaintiff United States of America, by counsel, stipulate to the Court's issuance of an order vacating the conditions set forth in the "Order Concerning Financial Conditions of Release" issued by Magistrate Judge Trumbull and filed June 27, 2002, and authorizing disbursement of the funds from the Smith Barney account that were restrained by the June 27, 2002 order. In support of this stipulation the parties state the following:

1.  On June 27, 2002, this Court (the Honorable Patricia V. Trumbull, United States Magistrate Judge), issued an "Order Concerning Financial Conditions of Release" ("Order") which was filed the same day that, *inter alia*, placed restrictions on the assets of Robert Gordon identified in the order.

1 | Paragraph 5 of the Order identified Mr. Gordon's account 14-7221 with Morgan
2 | Stanley and directed that "Morgan Stanley .... shall not disburse any funds to, or
3 | on behalf of the defendant Robert Gordon without a further written order of the
4 | Court." Order, par. 5.

5 |    2.   Judgment in this matter is final and Mr. Gordon has satisfied all his
6 | financial obligations as ordered by the Court, and there is no further need or
7 | justification for the financial restrains imposed by the Court's June 27, 2002 Order.

    Wherefore, Robert Gordon and the government stipulate to the Court's entry of an order vacating the conditions set forth in the "Order Concerning Financial Conditions of Release" issued by Magistrate Judge Trumbull and filed June 27, 2002 and authorizing disbursement of the funds from the Smith Barney account that were restrained by the June 27, 2002 Order.

Dated: 3/26/2008

Nasatir, Hirsch, Podberesky & Genego
2115 Main Street
Santa Monica, California 90405

By: _____
William J. Genego, Esq.
Attorneys for Defendant
Robert S. Gordon

Dated: 3/31/08

United States Attorney's Office
280 South First Street, Suite 371
San Jose, California 95113

By: _____
David R. Callaway,
Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/7/08

_____
Patricia V. Trumbull
United States Magistrate Judge

Stipulation and [Proposed] Order

2